UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY MONTEZ FULGHAM,

       Petitioner,

v.

Case No. 17-cv-13151
Hon. Matthew F. Leitman

THOMAS WINN,

       Respondent.
_____/

# JUDGMENT

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Opinion and Order entered on May 20, 2020:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that permission to appeal *in forma pauperis* is **GRANTED**.

                         DAVID J. WEAVER
                         CLERK OF THE COURT

                         By: s/Holly A. Monda
                         Deputy Clerk

Approved:

s/Matthew F. Leitman
Matthew F. Leitman
United States District Court

Dated: May 20, 2020
Flint, Michigan